## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LEI KE,                  :    No. 36 EM 2018

          Petitioner

           v.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY,

          Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of April, 2018, Petitioner's Application for Leave to File Original Process is **Granted**. Petitioner's Motion for Leave to File a Reply is **Denied**. Petitioner's Emergency Petition for Extraordinary Relief in the Nature of a Writ of Prohibition is **Denied**.